UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) PROOF TECHNOLOGY, INC.
1800 GAYLORD STREET DENVER, CO 80206 | PH: (973) 339-3199

Index Number: 1:22-CV-07810
Date Filed: 12/29/2022

KYLE NICHOLAS GADKE, ET AL

Plaintiff

vs

NEW YORK TRIBECA GROUP LLC, ET AL

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

CHRISTOPHER J. KLEIN, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **1/5/2023**, at **12:18 PM** at **40 WALL STREET, LOBBY, NEW YORK, NY 10005**, Deponent served the within **SUMMONS AND DEMAND FOR JURY TRIAL CLASS ACTION COMPLAINT**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **NEW YORK TRIBECA GROUP LLC**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Aleksi Gold** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Aleksi Gold is as follows:

**Sex**: Male   **Color of skin**: White   **Color of hair**: Brown   **Age**: 35
**Height**: 5ft9in-6ft0in   **Weight**: 161-200 Lbs.   **Other**:

Sworn to before me on January 6, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

**Client's File No.**: 219217

Process Server, Please Sign
CHRISTOPHER J. KLEIN
Lic# 1188546
Job #: 2300554

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE