# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Kyle Nicholas Gadke, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>New York Tribeca Group,<br>A New York limited liability company,<br><br>    Defendant. | Case No.: 1:22-cv-07810-NRM-RER |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, New York Tribeca Group, hereby states as follows:

1. New York Tribeca Group, LLC has no parent and no publicly held corporation owning 105 or more of its stock.

 

Respectfully submitted,

NEW YORK TRIBECA GROUP
By its counsel,

Dated: February 8, 2023

*/s/ Jeffrey Rosin*
Jeffrey Rosin, Esq.
O'HAGAN MEYER, PLLC
111 Huntington Avenue, Suite 719
Boston, Massachusetts 02199
Telephone:   (617) 843-6800
Facsimile:    (617) 843-6810
jrosin@ohaganmeyer.com

## CERTIFICATE OF SERVICE

  I, Jeffrey Rosin, hereby certify that on this 8th day of February, 2023, I caused the foregoing *Corporate Disclosure Statement* to be served via the Court's ECF Filing System and through that system, it will be served upon registered counsel by email.

                  */s/ Jeffrey Rosin*
                  Jeffrey Rosin