

Jeffrey M. Rosin
617.843.6801 DIRECT
617.843.6800 OFFICE
617.843.6810 FAX
jrosin@ohaganmeyer.com

March 30, 2023

**VIA ELECTRONIC MAIL**
Avi Kaufman, Esq.
237 S. Dixie Highway, 4th Floor
Coral Gables, Florida 33133
kaufamn@kaufmanpa.com

    RE:    **Kyle Nicholas Gadke v. New York Tribeca Group, LLC**
              **U. S. D. C. for E. Dist. of New York, C. A. No.:1:22-cv-07810-NRM-RER**

Dear Counsel:

The undersigned represents the Defendant in the above-referenced matter. Pursuant to the Court's Rules and in connection with the above-entitled matter, please find the enclosed documents:

1. *Defendant's Motion to Dismiss*
2. *Defendant's Memorandum of Law In Support of Its Motion to Dismiss*

        Respectfully Submitted,

        */s/ Jeffrey Rosin*

        Jeffrey M. Rosin

cc:    Stefan Coleman, Esq. *via email* (*law@stefancoleman.com*)