UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KYLE NICHOLAS GADKE, individually and on
behalf of all others similarly situated,

        Plaintiff,                            JUDGMENT
                                                     22-CV-07810 (FB) (JAM)

        -against-

NEW YORK TRIBECA GROUP,
a New York Limited Liability Company,

        Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 16, 2024, granting Defendants' motion to dismiss Plaintiff's claims; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss Plaintiff's claims is granted.

Dated: Brooklyn, NY                                    Brenna B. Mahoney
        January 17, 2024                              Clerk of Court

                                                             By: */s/Jalitza Poveda*
                                                                    Deputy Clerk